# United States Court of Appeals

## For the Eighth Circuit

_____

No. 24-2648

_____

United States of America,

*Plaintiff - Appellee,*

v.

Christopher Wuchter,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Northern District of Iowa - Western

_____

Submitted: May 16, 2025
Filed: July 21, 2025
[Unpublished]

_____

Before COLLOTON, Chief Judge, SMITH and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Christopher Wuchter entered a conditional guilty plea to unlawful possession of a firearm as an unlawful user of a controlled substance. *See* 18 U.S.C. § 922(g)(3). He reserved the right to appeal an order of the district court[*] denying his motion to dismiss the indictment.

After a grand jury charged Wuchter with a violation of § 922(g)(3), he moved to dismiss the indictment on the ground that the statute is unconstitutional on its face under the Second Amendment. The district court denied the motion, and Wuchter entered a conditional guilty plea. On appeal, Wuchter argues that § 922(g)(3) is unconstitutional on its face, and that the district court should have dismissed the indictment. Wuchter's argument is foreclosed by circuit precedent. *United States v. Seay*, 620 F.3d 919, 925 (8th Cir. 2010); *see also United States v. Veasley*, 98 F.4th 906, 908 (8th Cir.), *cert. denied*, 145 S. Ct. 304 (2024). The Supreme Court's decision in *United States v. Rahimi*, 602 U.S. 680 (2024), did not call into question our precedent. *United States v. Smith*, No. 23-3570, 2025 WL 25946, at *1 (8th Cir. Jan. 3, 2025) (per curiam) (unpublished); *see United States v. Baxter*, 127 F.4th 1087, 1089 n.1 (8th Cir. 2025); *Clark v. United States*, 124 F.4th 1109, 1109 (8th Cir. 2025), *petition for cert. filed* (U.S. May 13, 2025) (No. 24-7188).

The judgment of the district court is affirmed.

_____

---

[*]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.